# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

v.                                                                                  No. 2:25-cr-1299-MIS

MARIA DEL ROSARIO ESPINOSA-TLAXCALA,

    Defendant.

## ORDER TO SHOW CAUSE

    THIS MATTER is before the Court on a *sua sponte* review of the record. Defendant was charged via Information on May 13, 2025. ECF No. 6. Under the Speedy Trial Act, 18 U.S.C. § 3161, the trial of a defendant who has entered a plea of not guilty shall commence within seventy days of the filing date of the information. 18 U.S.C. § 3161(c)(1). Certain periods of delay are excluded from the computation of time. *Id.* § 3161(h). By the Court's calculation, the seventy days has run in the instant case and Defendant was entitled to a trial beginning no later than July 27, 2025. Accordingly, the Government shall **SHOW CAUSE** why the Information should not be **dismissed with prejudice**. *See* 18 U.S.C. § 3162(a)(2). Response to this Order shall be filed by August 1, 2025.

 

                                                                               */s/ Margaret Strickland*
                                                               **MARGARET STRICKLAND**
                                                               UNITED STATES DISTRICT JUDGE